UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                         No. 23-CR-502-LTS-OTW

JOHN BURBANO,                                                      ORDER

       Defendant.

-------------------------------------------------------x

The sentencing in this case is hereby scheduled to proceed on Thursday, January 4, 2024, at 2:30 p.m. in Courtroom 17C. The parties' attention is directed to the attached information regarding courthouse entry, and to the Court's policies regarding courthouse entry and COVID-19 test reporting protocols, which are available on the Court's website, at https://www.nysd.uscourts.gov/covid-19-coronavirus.

The parties are directed to submit any documents they wish the Court to consider in connection with the sentencing according to the undersigned's individual rules, which can be found on the Court website.

      SO ORDERED.

Dated: New York, New York  
       October 4, 2023

                                                   /s/ Laura Taylor Swain  
                                                LAURA TAYLOR SWAIN  
                                                Chief United States District Judge