**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

December 7, 2023

**Via ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **United States v. John Burbano**
     **23 Cr. 502 (LTS)**

# MEMO ENDORSED

Dear Chief Judge Swain,

    I write to respectfully request a temporary modification of Mr. Burbano's bond in the above-captioned matter. Mr. Burbano's current bail conditions permit him to travel to and from the Eastern District of Pennsylvania for court appearances, legal meetings, and other travel pre-approved by Pretrial Services relating to a pending state court matter in Pennsylvania. Mr. Burbano (who does not have a car) has a state court appearance on the morning of December 12, 2023 and would like permission to travel to Pennsylvania and stay overnight the evening of December 11, 2023 so that he can ensure his timely appearance in state court. The government and Pretrial Services both consent to this request. Mr. Burbano will provide his itinerary to Pretrial Services if this travel is approved.

    Accordingly, we respectfully request that the Court temporarily modify the conditions of Mr. Burbano's pretrial release to permit him to travel to and stay overnight in the Eastern District of Pennsylvania from December 11 to 12, 2023 for purposes of attending his state court appearance.

The foregoing request is granted. In light of Mr. Burbano's upcoming state court hearing, his travel restrictions are hereby amended to allow him to travel to and stay the night in Pennsylvania on the evening of December 11, 2023. This resolves docket entry no. 20. SO ORDERED.

/s/ Laura Taylor Swain, Chief. U.S.D.J.
Dated: 12/7/2023

Respectfully submitted,

/s/

Neil P. Kelly
Assistant Federal Defender
(212) 417-8744

cc:   AUSA William Kinder

Pretrial Services Officer Jonathan Lettieri