UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES,

        -against-

JOHN BURBANO,

                Defendant.

23-CR-502-LTS

### ORDER

      The Court is in receipt of Defendant John Burbano's sentencing submission, from which sensitive personal information has been redacted on the public docket. (Docket entry no. 23.) The Court hereby approves the redaction of the Defendant's sensitive personal information from the version of the submission filed on the public docket and orders that the unredacted submission be filed with the Court under seal.

      SO ORDERED.

Dated: New York, New York
       January 4, 2024

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge